RECEIVED
IN LAKE CHARLES, LA

MAY - 3 2007
*pam*
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MELANIE LEAVELL, INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILD, PEYTON LEAVELL | : | DOCKET NO. 06-1760 |
| VS. | : | JUDGE TRIMBLE |
| UNITED STATES ARMY BAYNE-JONES ARMY COMMUNITY HOSPITAL, DR. DOUGLAS GREER, AND DR. HEATHER WILLIAMS | : | MAGISTRATE JUDGE WILSON |

## ORDER

Before the Court is "Defendant's Motion to Dismiss Improper Party Defendants and Substitute Proper Party Defendant" (doc. #11) wherein the mover seeks to dismiss the United States Army, Bayne-Jones Army Community Hospital, Dr. Douglas and Dr. Heather Williams and substitute the United States of America as the proper party defendant. On April 19, 2007, Plaintiff filed an "Amended Petition for Medical Malpractice" (doc. #18) which dismissed as defendants, the United States Army, Bayne-Jones Army Community Hospital, Dr. Douglas Greer and Dr. Heather Williams and named the United States of America as the property party defendant. Accordingly,

**IT IS ORDERED** that the instant motion to dismiss improper party defendant is hereby **DENIED as MOOT.**

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 3rd day of May, 2007.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE